GARCIA BELTRAN Co., S. A., Appellant, v. THE AMERICAN SUGAR REFINING COMPANY, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of SOLOMON TUREL and Others, Petitioners, ISIDORE MUFSEN, Petitioner, Appellant, against JOHN H. DELANEY and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [171 Misc. 962.]

THE FIDELITY & CASUALTY COMPANY OF NEW YORK, Respondent, v. FISCHBACH & MOORE, INC., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of ALFRED CERUTTI, an Incompetent. GIUSEPPE GIAVANI, Committeeman, Copetitioner, Appellant; LORENZO BONFANTINI, Committeeman, Petitioner, Respondent; MAURICE JOSEPHBERG, Committeeman, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondents payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

TITLE GUARANTEE AND TRUST COMPANY, as Trustee for the Holders of Certificates in a Mortgage Known and Designated as Guarantee No. 211607 of Bond and Mortgage Guarantee Company under a Declaration of Trust Dated March 3rd, 1939, Appellant, v. 2846 BRIGGS AVENUE, INC., Respondent, Impleaded with Others, Defendants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Townley, J., dissents and votes to reverse.

In the Matter of the Application of HERMAN A. EHRLICH and Others, Appellants, on Behalf of Themselves and All Others Similarly Situated for an Order against PAUL J. KERN and Others, etc., Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Cohn, J., dissents and votes to reverse and to grant the motion for an order adjudging that petitioners are entitled to the relief sought.